## Bishop, Appellant, v. Bishop.

Argued November 12, 1968.

*James C. Evans,* for appellant; no argument was made nor brief submitted for appellee.

OPINION PER CURIAM: Decree and order affirmed. Having made an independent study of the entire record, we are of the opinion that the court below properly refused a decree in divorce in this case.

## Boyd Unemployment Compensation Case.

Argued November 14, 1968. *George R. Boyd,* claimant, appellant, in propria persona; *Sydney Reuben,* Assistant Attorney General, with him *William C. Sennett,* Attorney General, for Unemployment Compensation Board of Review, appellee.

Decision affirmed.

HOFFMAN, J., absent.

## Commonwealth v. Albert, Appellant.

Argued November 14, 1968.

*Barney Phillips,* for appellant; *Carol Mary Los,* Assistant District Attorney, with her *Charles B. Watkins,* Assistant District Attorney, and *Robert W. Duggan,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

HOFFMAN, J., absent.